ROSALIE O'NEILL v.
SUBURBAN TERRACE APARTMENTS, INC.

October 7, 1970. Petition for certification denied. (See 110 *N. J. Super.* 541).

LOUIS GOTTLIEB v. ZERO SALES CORP., *ET AL.*

October 7, 1970. Petition for certification denied.

STATE OF NEW JERSEY v. ANTHONY DI GAMBERANDINO.

October 7, 1970. Petition for certification denied.

BARBARA MANDALL v. COOPER ALLOY CORP.

October 7, 1970. Petition for certification denied.

DANIEL PETRUCELLI v. BOARD OF ADJUSTMENT OF THE BOROUGH OF BERNARDSVILLE, *ET AL.*

October 7, 1970. Petition for certification denied.